— **EXHIBIT  A** —



**JACOBSEN**
Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

26 1 5870 *****************AUTO**ALL FOR AADC 840
Brooke C Lilley

ᵈᵞᵢᵈᵈᵖᵞᵢᵖᵢᵈᵢᵖᵈᴵᴵᴵᵈᵢᵈᵞᵢᵢᵈᵢᵈᴵᴵᴵᵖᵈᴵᴵᵖᵈᴵᴵᴵᴵᴵᴵᵈᴵᴵᵖᵈᵖ

June 14, 2024

**RE:    Notice of Data Breach**

Dear Brooke C Lilley:

Jacobsen Construction values and respects the privacy of your information, which is why we are writing to advise you of a recent incident that may have involved some of your personal information.

**What Happened?** In November 2023, we discovered evidence of suspicious activity on the Jacobsen network that appeared to be consistent with a network intrusion. Upon learning of the incident, we promptly began an investigation, notified law enforcement, and worked to secure our systems. We also engaged a forensic security firm to assist with our investigation and confirm the security of our computer systems. The investigation determined that an unknown, unauthorized third party accessed some of our computer systems between September 21 and November 26, 2023, and attempted to encrypt some of our computer files.While the third party was ultimately unsuccessful, the investigation determined that the third party could have accessed and acquired certain files from our systems during this period.

**What Information Was Involved?** We reviewed the contents of files stored on the machines showing evidence of compromise to determine if they contained any personal information.  On April 29, 2024, we determined that the files contained personal information that included your name along with your date of birth, Social Security number, and health information.

**What We Are Doing.** In addition to the actions described above, we are continuing to work closely with cybersecurity professionals to identify and implement additional controls to improve our security posture on an ongoing basis. We are also notifying you of the incident so that you can be aware and take steps to protect your information, if you feel it is appropriate to do so. Finally, although we are not aware of any instances of fraud or identity theft resulting from this incident, out of an abundance of caution, we are offering a complimentary one-year membership of CyEx Identity Defense Total. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on prompt identification and resolution of identity theft. Identity Defense Total is completely free to you and enrolling in this program will not hurt your credit score. **For more information on identity theft prevention and Identity Defense Total, including instructions on how to activate your complimentary, one-year membership, please see the additional information attached to this letter.**

**What You Can Do.** While we have no evidence that your personal information has been misused, we encourage you to take advantage of the complimentary credit monitoring included in this letter. You can also find more information on steps to protect yourself against possible identity theft or fraud in the enclosed *Additional Important Information* page.

**For More Information.** We value the trust you place in us to protect your privacy, take our responsibility to safeguard personal information seriously, and apologize for any inconvenience this incident might cause. Be assured, we are fully committed to maintaining high levels of data security and trust within our Jacobsen community. For further information and assistance, please call toll free at 888-499-7434 between 8:00 AM and 8:00 PM CST, Monday through Friday excluding major holidays.

Sincerely,

Gary Ellis, President & Chief Executive Officer

 **Identity Defense**

Brooke C Lilley
Service Term: 1 Year*

Identity Defense Total

Enrollment Instructions

1. Visit app.identitydefense.com/enrollment/activate/jaco

2. Enter your unique Activation Code: ███████████

3. Click 'Redeem Code'

4. Follow the prompts to create your account

**The deadline to enroll is September 17, 2024.** After September 17, 2024, the enrollment process will close, and your Identity Defense code will no longer be active. **If you do not enroll by September 17, 2024, you will not be able to take advantage of Identity Defense, so please enroll before the deadline.**

Key Features

- 3-Bureau Credit Monitoring
- Monthly Credit Score and Tracker (VantageScore 3.0)
- Real-Time Authentication Alerts
- High-Risk Transaction Monitoring
- Address Change Monitoring
- Dark Web Monitoring
- Wallet Protection
- Security Freeze Assist
- $1 Million Identity Theft Insurance**

If you need assistance with the enrollment process or have questions regarding Identity Defense, please call Identity Defense directly at 866.622.9303.

*Service Term begins on the date of enrollment, provided that the enrollment takes place during the approved enrollment period.
**Identity Theft Insurance is underwritten by insurance company subsidiaries or affiliates of American International Group, Inc. The description herein is a summary and intended for informational purposes only and does not include all terms, conditions, and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

## Additional Important Information

As a precautionary measure, we recommend that you remain vigilant to protect against potential fraud and/or identity theft by, among other things, reviewing your account statements and monitoring credit reports closely. If you detect any suspicious activity on an account, you should promptly notify the financial institution or company with which the account is maintained. You should also promptly report any fraudulent activity or any suspected incidents of identity theft to proper law enforcement authorities, including the police and your state's attorney general, as well as the Federal Trade Commission ("FTC").

You may wish to review the tips provided by the FTC on fraud alerts, security/credit freezes and steps you can take to avoid identity theft. For more information and to contact the FTC, please visit www.ftc.gov/idtheft or call 1-877-ID-THEFT (1-877-438-4338). You may also contact the FTC at Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

**Credit Reports**: By law, you may obtain a free copy of your credit report once every 12 months from each of the three national credit reporting agencies. The three national credit reporting agencies have also agreed to provide free weekly online credit reports. You can obtain your free credit report by visiting www.annualcreditreport.com, by calling toll-free 1-877-322-8228, or by completing an Annual Credit Report Request Form and mailing it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348. You can print a copy of the request form at https://www.annualcreditreport.com/manualRequestForm.action. Alternatively, you may elect to purchase a copy of your credit report by contacting one of the three national credit reporting agencies. Contact information for the three national credit reporting agencies for the purpose of requesting a copy of your credit report or for general inquiries is as follows:

| Equifax | Experian | TransUnion |
|---|---|---|
| 1-866-349-5191 | 1-888-397-3742 | 1-800-888-4213 |
| www.equifax.com | www.experian.com | www.transunion.com |
| P.O. Box 740241 | P.O. Box 2002 | P.O. Box 2000 |
| Atlanta, GA 30374 | Allen, TX 75013 | Chester, PA 19016 |

**Fraud Alerts**: By law, you have the right to place a fraud alert on your credit report if you believe you have been, or are about to become, a victim of fraud or related crime. A fraud alert is free and will stay on your credit report for one (1) year. The alert informs creditors of possible fraudulent activity within your report and requests that the creditor contact you prior to establishing any new accounts in your name. To place a fraud alert on your credit report, contact any of the three national credit reporting agencies using the contact information listed above. Additional information is available at www.annualcreditreport.com/protectYourIdentity.action.

**Credit and Security Freezes**: By law, you have the right to place a credit freeze, also known as a security freeze, on your credit file, so that no new credit can be opened in your name without the use of a PIN number that is issued to you when you initiate the freeze. A credit freeze is designed to prevent potential credit grantors from accessing your credit report without your consent. If you place a credit freeze, potential creditors and other third parties will not be able to get access to your credit report unless you temporarily lift the freeze. Therefore, using a credit freeze may delay your ability to obtain credit. Unlike a fraud alert, you must separately place a credit freeze on your credit file at each credit reporting company. Since the instructions for how to establish a credit freeze differ from state to state, please contact the three major credit reporting companies as specified below to find out more information:

| Equifax Security Freeze | Experian Security Freeze | TransUnion Security Freeze |
|---|---|---|
| 1-888-298-0045 | 1-888-397-3742 | 1-888-909-8872 |
| https://www.equifax.com/personal/credit-report-services/credit-freeze/ | https://www.experian.com/freeze/center.html | https://www.transunion.com/credit-freeze |
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 160 |
| Atlanta, GA 30348 | Allen, TX 75013 | Woodlyn, PA 19094 |

This notification was not delayed by law enforcement.

**Iowa Residents**: Iowa residents can contact the Office of the Attorney general to obtain information about steps to take to avoid identity theft from the Iowa Attorney General's office at: Office of the Attorney General of Iowa, Hoover State Office Building, 1305 E. Walnut Street, Des Moines IA 50319, 515-281-5164.

**Maryland Residents**: Maryland residents can contact the Office of the Attorney General to obtain information about steps you can take to avoid identity theft from the Maryland Attorney General's office at: Office of the Attorney General, 200 St. Paul Place, Baltimore, MD 21202, (888) 743-0023, http://www.marylandattorneygeneral.gov/.

**New Mexico Residents**: Individuals have rights under the Fair Credit Reporting Act. We encourage you to review your rights under the Fair Credit Reporting Act by visiting https://files.consumerfinance.gov/f/documents/bcfp_consumer-rights-summary_2018-09.pdf, or by requesting information in writing from the Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

**New York State Residents**: New York residents can obtain information about preventing identity theft from the New York Attorney General's Office at: Office of the Attorney General for the State of New York, Bureau of Consumer Frauds & Protection, The Capitol, Albany, New York 12224-0341; https://ag.ny.gov/consumer-frauds/identity-theft; (800) 771-7755.

**North Carolina Residents**: North Carolina residents can obtain information about preventing identity theft from the North Carolina Attorney General's Office at: North Carolina Attorney General's Office, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001; 877-5-NO-SCAM (Toll-free within North Carolina); 919-716-6000; www.ncdoj.gov.

**Oregon Residents**: Oregon residents are advised to report any suspected identity theft to law enforcement, including the Federal Trade Commission and the Oregon Attorney General. Oregon residents can contact the Oregon Attorney General at 1162 Court St. NE, Salem, OR 97301-4096; 503-378-4400; https://www.doj.state.or.us/.

**Rhode Island Residents**: We believe that this incident affected 1 Rhode Island resident. Rhode Island residents can contact the Office of the Attorney general at: Rhode Island Office of the Attorney General, 150 South Main Street, Providence, RI 02903, (401) 274-4400, www.riag.ri.gov. You have the right to obtain any police report filed in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it.



Built for Life

**JACOBSEN**

**RE:**     Aviso de violación de datos

Estimado/a Brooke C Lilley:

Jacobsen Construction valora y respeta la privacidad de su información, por eso le escribimos para informarle sobre un incidente reciente que puede haber involucrado parte de su información personal.

**¿Qué Pasó?** En noviembre de 2023, descubrimos evidencia de actividad sospechosa en la red de Jacobsen que parecía ser consistente con una intrusión en la red. Al enterarnos del incidente, comenzamos de inmediato una investigación, notificamos a las autoridades y trabajamos para proteger nuestros sistemas. También contratamos a una empresa de seguridad forense para ayudar con nuestra investigación y confirmar la seguridad de nuestros sistemas informáticos. Esta investigación determinó que un tercero desconocido y no autorizado accedió a algunos de nuestros sistemas informáticos entre el 21 de septiembre y el 26 de noviembre de 2023 e intentó cifrar algunos de nuestros archivos informáticos. *Si bien el tercero finalmente no tuvo éxito, la investigación determinó que el tercero podría haber accedido y adquirido ciertos archivos de nuestros sistemas durante este período.*

**¿Qué información estuvo involucrada?** Revisamos el contenido de los archivos almacenados en los sistemas que mostraban evidencia de compromiso para determinar si contenían información personal. El 29 de abril de 2024, determinamos que los archivos contenían información personal que incluía su nombre junto con su fecha de nacimiento, número de Seguro Social e información de salud.

**Qué estamos haciendo.** Además de las acciones descritas anteriormente, continuamos trabajando con profesionales de ciberseguridad para identificar e implementar controles adicionales para mejorar nuestra postura de seguridad de manera continua. También le informamos del incidente para que pueda estar al tanto y tomar medidas para proteger su información, si lo considera apropiado. Finalmente, aunque no tenemos conocimiento de ningún caso de fraude o robo de identidad como resultado de este incidente, por precaución, ofrecemos una membresía gratuita de un año de CyEx Identity Defense Total. Este producto ayuda a detectar un posible uso indebido de su información personal y le brinda servicios de protección de identidad enfocados en la pronta identificación y resolución del robo de identidad. Identity Defense Total es completamente gratuito para usted e inscribirse en este programa no afectará su puntaje crediticio. **Para obtener más información sobre la prevención del robo de identidad y Identity Defense Total, incluidas instrucciones sobre cómo activar su membresía gratuita de un año, consulte la información adicional adjunta a esta carta.**

**Lo que puedes hacer.** No tenemos evidencia de que su información personal haya sido utilizada indebidamente, lo alentamos a aprovechar el monitoreo de crédito gratuito incluido en esta carta. También puede encontrar más información sobre los pasos para protegerse contra un posible robo de identidad o fraude en la página adjunta de *Adicional Información Importante.*

**Para más información.** Valoramos la confianza que deposita en nosotros para proteger su privacidad, tomamos en serio nuestra responsabilidad de salvaguardar la información personal y nos disculpamos por cualquier inconveniencia que este incidente pueda causar. Tenga la seguridad de que estamos totalmente comprometidos a mantener altos niveles de seguridad y confianza de los datos dentro de nuestra comunidad Jacobsen. Para obtener más información y asistencia, llame gratis al 888-499-7434 entre 8:00 AM y 8:00 PM CST, lunes a viernes, excluyendo festivos importantes.

Atentamente,

Gary Ellis, Presidente y Director Ejecutivo