Jason R. Hull [11202]
Anikka T. Hoidal [16489]
**MARSHALL OLSON & HULL PC**
10 EXCHANGE PL STE 350
SALT LAKE CITY, UT 84111
Telephone: (801)456-7655
jhull@mohtrial.com
ahoidal@mohtrial.com

Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **BROOKE LILLEY**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JACOBSEN CONSTRUCTION COMPANY, INC.,**<br><br>Defendant. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 2:25-cv-00234-JNP<br><br>District Judge Jill N. Parrish |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brooke Lilley hereby gives notice that her claims in this action against Defendant Jacobsen Construction Company, Inc., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

1

Dated: August 25, 2025

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Jason R. Hull [11202]
Anikka T. Hoidal [16489]
MARSHALL OLSON & HULL PC
10 EXCHANGE PL STE 350
SALT LAKE CITY, UT 84111
Telephone: (801)456-7655
jhull@mohtrial.com
ahoidal@mohtrial.com

*Attorneys for Plaintiff and the Proposed Class*

2

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 25th day of August, 2025.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
　　 Raina C. Borrelli
　　 raina@straussborrelli.com
　　 STRAUSS BORRELLI PLLC
　　 One Magnificent Mile
　　 980 N Michigan Avenue, Suite 1610
　　 Chicago IL, 60611
　　 Telephone: (872) 263-1100
　　 Facsimile: (872) 263-1109

3